No. 90–537.  GULLEY ET AL. *v.* SUNBELT SAVINGS, FSB, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–593.  KAISER *v.* UNITED STATES POSTAL SERVICE ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–610.  WALTHER *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 90–611.  GOULD *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–617.  DOMBROSKI *v.* F2 AMERICA, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–633.  RAFFIELD *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 90–641.  ADDISON ET AL. *v.* FEDERAL TRADE COMMISSION.  C. A. D. C. Cir.  Certiorari denied.

No. 90–649.  DRAPER *v.* IOWA.  Sup. Ct. Iowa.  Certiorari denied.

No. 90–653.  OSCEOLA *v.* FLORIDA DEPARTMENT OF REVENUE.  C. A. 11th Cir.  Certiorari denied.

No. 90–654.  SHEEHAN *v.* CALIFORNIA.  App. Dept., Super. Ct. Cal., Alameda County.  Certiorari denied.

No. 90–661.  WOOD *v.* ALAMEDA COUNTY SUPERIOR COURT (CITY OF HAYWARD, CALIFORNIA, REAL PARTY IN INTEREST).  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 90–662.  INSURANCE COMPANY OF NORTH AMERICA *v.* M/V OCEAN LYNX, AKA M/V OCEAN LINK, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 90–672.  GARY PLASTIC PACKAGING CORP. *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.